CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 17 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CECELI MONEAK EDMONDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00070 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant Defendant's unopposed Motion for Remand, reverse the Commissioner's final decision, and remand this case for further administrative proceedings. There being no opposition to remanding this case, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 16] shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Remand [ECF No. 15] is **GRANTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 13] is **DENIED AS MOOT**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

Entered this 17th day of April, 2018.

                                              s/Jackson L. Kiser
                                              SENIOR UNITED STATES DISTRICT JUDGE